September 03, 2004

Mr. B. Prater Monning III
Monning & Wynne, L.L.P.
1901 N. Akard Street
Dallas, TX 75201-2305

Mr. David L. Patterson
Godwin & Gruber, L.L.P.
1201 Elm Street, Suite 1700
Dallas, TX 75270
Mr. Michael P. Lynn
Lynn Tillotson & Pinker, LLP
750 North St. Paul Street, Suite 1400
Dallas, TX 75201

Mr. David L. Patterson
Godwin & Gruber, L.L.P.
1201 Elm Street, Suite 1700
Dallas, TX 75270

RE: Case Number: 02-0218
 Court of Appeals Number: 05-98-01775-CV
 Trial Court Number: 97-03538-A

Style: HARRY J. JOE AND JENKENS & GILCHRIST, A PROFESSIONAL
 CORPORATION
 v.
 TWO THIRTY-NINE JOINT VENTURE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Schneider not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |